UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE CASTELLANOS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.:  3:23-cv-01769-H-BGS<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

　　　On September 26, 2023, Plaintiff Felipe Castellanos ("Plaintiff") filed a complaint against Defendant The CBE Group, Inc. ("Defendant").  (Doc. No. 1.)  On October 20, 2023, Plaintiff filed a notice of settlement stating the parties had agreed to settle Plaintiff's claims, subject to the execution of a confidential agreement.  (Doc. No. 5, Doc. No. 9.)  On January 11, 2024, Plaintiff submitted a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 9.)

　　　Federal Rule of Civil Procedure 41(a)(1)(A) provides that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Because Defendant has not filed an answer or a motion for summary judgment in this case, the Court grants Plaintiff's motion and

dismisses the action with prejudice.  The parties shall each bear their own costs and fees. The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED: January 11, 2024

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT